# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHRIS HOBSON,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:17-cv-01677-MHH |
| **LOWE'S HOME CENTERS, LLC,** | } |
| **Defendant.** | } |

## ORDER

Plaintiff Chris Hobson and Defendant Lowe's Home Centers, LLC have filed a Joint Stipulation for Dismissal with prejudice. (Doc. 16).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this June 20, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE